UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        Plaintiff,

v.

SHANE M. KOVAL,

        Defendant.

Case No. 16-cr-20508

HON. LINDA V. PARKER
United States District Judge

## STIPULATION AND ORDER REGARDING DOCKET #144

On June 10, 2020, the Bureau of Prisons determined that defendant has completely served his sentence and he was released from custody. Accordingly, the parties stipulate and agree that defendant's motion for early release should be denied as moot.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/NANCY A. ABRAHM
600 Church St, Suite 210
Flint, MI  48502
(810) 766-5177

s/DAVID A. KOELZER
111 East Court St, Suite L-100
Flint, MI  48502
(810) 232-3600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        Plaintiff,

v.

SHANE M. KOVAL,

        Defendant.

Case No. 16-cr-20508

HON. LINDA V. PARKER
United States District Judge

## ORDER REGARDING DOCKET #144

**IT IS SO ORDERED**.  Defendant's motion for release is denied as moot.

        s/Linda V. Parker
        LINDA V. PARKER
        United States District Judge

Dated: June 12, 2020